UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARMOR SYSTEMS INTERNATIONAL, INC.,

    Plaintiff,

v.

FIRST CHOICE BODY ARMOR & EQUIPMENT, INC.,

    Defendant.

Civil Action No.: 05-10967

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Armor Systems International, Inc., ("ASI") by and through its undersigned counsel, submits this corporate disclosure statement pursuant to Local Rule 7.3.

1. Identification of all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public:

   ASI has no parent company, subsidiaries or affiliates that have outstanding stock in the hands of the public.

Respectfully submitted,
ARMOR SYSTEMS INTERNATIONAL, INC.

By its attorneys,

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston, MA 02110
617-227-5725

                    -and-

Of Counsel  
Steven T. Lovett (OSB No. 91070)  
STOEL RIVES LLP  
900 SW Fifth Avenue, Suite 2600  
Portland, OR 97204  
503-220-2480

Dated: May 10, 2005