UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 CV 10967 RCL

_____
ARMOR SYSTEMS              )
INTERNATIONAL, INC.        )
                           )
        Plaintiff,         )
                           )
v.                         )
                           )
FIRST CHOICE BODY ARMOR &  )
EQUIPMENT, INC.            )
                           )
        Defendant.         )
_____)

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as counsel for the defendant, First Choice Armor & Equipment, Inc.

/s/David M. O'Connor
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, MA  02109
(617) 723-7201

DATED: June 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the above document was served by 1st class mail on all counsel of record on June 3, 2005.

/s/David M. O'Connor
David M. O'Connor