# UNITED STATES DISTRICT COURT

District of  Massachusetts

Armor Systems International, Inc.
        V.
First Choice Body Armor & Equipment, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10967 RCL

TO: (Name and address of Defendant)

First Choice Body Armor & Equipment, Inc.
Karen Herman
764 N. Main St.
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony A. Scibelli, Esq.
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, Fifth Floor
Boston, MA 02110
617-227-5725

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON        5-10-05

CLERK        DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 16, 2005 |
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __MS. KIM GRANT, MANAGER AND__
Duly Authorized Agent for the within-named __FIRST CHOICE BODY ARMOR & EQUIPMENT, INC.__
Said service was made at:
__764 N. MAIN STREET, BROCKTON__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 41.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __May 16, 2005__          _[signature]_
            Date                       Signature of Server

                                       One Devonshire Place, Boston, Massachusetts
                                       Address of Server

**ADDITIONAL INFORMATION**
    PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.
Date       Time       Remarks                                                      FEE
ALSO SERVED: ACCOMPANYING DOCUMENTS.                                               $ _____
                                                                                   $ _____
                                                                                   $ _____
                                                                                   $ _____
                                                                                   $ _____
                                                                                   $ _____
                                                   TOTAL                           $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**           One Devonshire Place           Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    Boston, MA 02109               Fax #       (617) 720-5737