UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., <br> Plaintiff, <br> v. <br> FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., <br> Defendant. | Civil Action No. 05-10967-RCL <br><br> FEE PAID: <br> RECEIPT # <br> AMOUNT $ <br> BY DPTY CLK |

## MOTION FOR ADMISSION OF STEVEN T. LOVETT *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the plaintiff Armor Systems International, Inc., and the undersigned counsel hereby move for the admission *pro hac vice* of Steven T. Lovett, Stoel Rives, LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, to appear in this action on behalf of the plaintiff. In support of this Motion, the Affidavit of Steven T. Lovett is filed concurrently herewith. Further, the plaintiff has retained the undersigned local counsel, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, to concurrently appear in this action and assist as necessary.

WHEREFORE, the movants respectfully request that the Court admit Steven T. Lovett as counsel *pro hac vice* in the above-captioned matter.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel conferred with opposing counsel on the subject of this motion and there is no opposition.

Respectfully submitted,
ARMOR SYSTEMS
INTERNATIONAL, INC.

By its attorneys,

*/s/ Anthony A. Scibelli*

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND
STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston, Massachusetts 02110
617-227-5725

Dated: June 7, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/7/05