UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., <br><br> Defendant. | Civil Action No. 05-10967-RCL |

## AFFIDAVIT OF STEVEN T. LOVETT

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

I, Steven T. Lovett, do depose on oath and state as follows:

1. I am a partner with the law firm of Stoel Rives, LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, and counsel for plaintiff Armor Systems International, Inc. in the above-captioned action. The plaintiff has retained local counsel, Scibelli, Whiteley, and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, concurrently appearing in this action, to assist as necessary.

2. I am currently a member of the Bar of the State of Oregon (active) and of the Bar of the State of New York (inactive), and I am admitted to practice before all state and federal courts in Oregon, the state courts in New York, United States District Court for the District of Colorado, and in the Ninth Circuit Court of Appeals.

3.  I am a member in good standing of all Bars to which I have been admitted.

4.  There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 23rd day of May, 2005.

_____
Steven T. Lovett

SUBSCRIBED AND SWORN to before me this 23rd day of May, 2005.

_____
Notary Public for Oregon
My Commission Expires: July 29, 2005

OFFICIAL SEAL
CYNTHIA JOHNSON
NOTARY PUBLIC-OREGON
COMMISSION NO. A348257
MY COMMISSION EXPIRES JULY 29, 2005

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/7/05