UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 CV 10967 RCL

ARMOR SYSTEMS )
INTERNATIONAL, INC. )
 )
    Plaintiff, )
 )
v. )
 )
FIRST CHOICE BODY ARMOR & )
EQUIPMENT, INC. )
 )
    Defendant. )
 )

**CERTIFICATE OF COMPLIANCE**
**WITH LOCAL RULE 16.1**

The undersigned party and counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Karen Herman
FIRST CHOICE ARMOR &
EQUIPMENT, INC.
764 N. Main Street
Brockton, MA 02301
(508) 559-0777

_____
David O'Connor, Esq.
BBO No. 544166
O'CONNOR & ASSOCIATES
100 State Street, 4th Floor
Boston, MA 02109
(617) 723-7201