

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>           Defendant. | Civil Action No. 05-10967 RCL<br><br>PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING TELEPHONIC DEPOSITIONS |

Pursuant to Federal Rules of Civil Procedure 26(c) and 30(b)(7) Plaintiff Armor Systems International, Inc. ("ASI") moves for an order allowing three of its employees to appear for deposition by telephone. This Motion is supported by the Memorandum In Support of Plaintiff's Motion for Protective Order Regarding Telephonic Depositions, the Declaration of Steven T. Lovett in Support of Motion for Protective Order Regarding Telephonic Depositions and the exhibits to that declaration.

/ / /

/ / /

/ / /

Page 1 -     PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING
                TELEPHONIC DEPOSITIONS

PortInd3-1534003.1 0060162-00003

Plaintiff respectfully requests that the court order that Colin Henry, Bob Marciano and Terry Billedeaux need not appear for deposition in person in this district and that their depositions may take place via telephone.

### REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests oral argument on its motion.

DATED: November 15, 2005.

Respectfully submitted,

ARMOR SYSTEMS INTERNATIONAL, INC.
By its attorneys,

_____
Steven T. Lovett (OSB No. 91070)
*Pro hac vice*
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland OR 97204
(503) 224-3380

and

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND
STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston MA 02110
(617) 227-5725

## RULE 7.1(A)(2) CERTIFICATION

I, Steven T. Lovett, certify that I have conferred with counsel for the defendant and that we were unable to narrow the issues in dispute.

_____
Steven T. Lovett

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING TELEPHONIC DEPOSITIONS** on the following named person on the date indicated below by

- ☐ mailing with postage prepaid
- ☒ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ Email
- ☐ notice of electronic filing using the Cm/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David M. O'Connor
John Leone
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA  02109

Attorney for Defendant First Choice Body Armor & Equipment, Inc.

DATED: November 16, 2005.

*/s/ Anthony A. Scibelli*
ANTHONY A. SCIBELLI (BBO #556507)
Telephone: (617) 227-5725

Attorneys for Plaintiff Armor Systems International, Inc.

Page 1   -   CERTIFICATE OF SERVICE