UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10967-RCL

|  |  |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FIRST CHOICE BODY ARMOR & EQUIPMENT, INC. | ) ) ) |
| Defendant. | ) ) |

**OPPOSITION OF FIRST CHOICE BODY ARMOR & EQUIPMENT, INC. TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING TELEPHONIC DEPOSITIONS**

Now comes the defendant, First Choice Body Armor & Equipment, Inc. ("FCA"), in opposition to the plaintiff's motion for protective order.

The defendant states that the amount of discoverable knowledge possessed by Colin Henry, Bob Marciano and Terry Billedeaux justifies all of them traveling to Massachusetts for deposition and the defendant requests an order that all three witnesses appear in Massachusetts for deposition. Alternatively, in the interest of economy, FCA requests an order that Colin Henry and Bob Marciano appear in Massachusetts for deposition.

In further support, FCA relies upon its Memorandum in Support of its Opposition submitted herewith.

WHEREFORE, the defendant requests that the plaintiff's motion for protective order be denied.

FIRST CHOICE ARMOR &<br>
EQUIPMENT, INC.<br>
By its attorney,

_/s/ John A. Leone_
John A. Leone
BBO No. 567416
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, MA 02109
(617) 723-7201

DATED:  November 30, 2005

### CERTIFICATE OF SERVICE

I, John A. Leone, hereby certify that a true copy of this document was served by prepaid First Class U.S. Mail upon all counsel of record on November 30, 2005.

_/s/ John A. Leone_
John A. Leone