UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-10967-RCL

ARMOR SYSTEMS           )
INTERNATIONAL, INC.     )
                        )
         Plaintiff,     )
                        )
v.                      )
                        )
FIRST CHOICE BODY ARMOR & )
EQUIPMENT, INC.         )
                        )
         Defendant.     )

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING TELEPHONIC DEPOSITION

Pursuant to Federal Rules of Civil Procedure 26(c) and 30(b)(7) the defendant, First Choice Body Armor & Equipment, Inc. ("FCA"), moves for an order allowing one of its employees, Ryan Dovner, a resident of Deerfield Beach, Florida, to appear for deposition by telephone.

In support thereof, the FCA relies upon its memorandum submitted herewith.

DEFENDANT REQUESTS ORAL ARGUMENT ON ITS MOTION

                                                      Respectfully submitted,
FIRST CHOICE ARMOR &
EQUIPMENT, INC.
By its attorney,

_____
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, MA 02109
(617) 723-7201

DATED: December 8, 2005

## CERTIFICATE OF SERVICE

    I, David M. O'Connor, hereby certify that a true copy of this document was served by prepaid First Class U.S. Mail upon all counsel of record on December 8, 2005.

_____
David M. O'Connor