UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARMOR SYSTEMS INTERNATIONAL, )
INC., )
         Plaintiff, )
) Civil Action No. 05-10967-RCL
    v. )
)
FIRST CHOICE BODY ARMOR & )
EQUIPMENT, INC., )
)
         Defendant. )
)

## MOTION FOR ADMISSION OF STEVEN E. KLEIN *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the plaintiff Armor Systems International, Inc., and the undersigned counsel hereby move for the admission *pro hac vice* of Steven E. Klein, Stoel Rives, LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, to appear in this action on behalf of the plaintiff. In support of this Motion, the Affidavit of Steven E. Klein is filed concurrently herewith. Further, the plaintiff has retained the undersigned local counsel, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, to concurrently appear in this action and assist as necessary.

WHEREFORE, the movants respectfully request that the Court admit Steven E. Klein as counsel *pro hac vice* in the above-captioned matter.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel conferred with opposing counsel on the subject of this motion and there is no opposition.

          Respectfully submitted,
          ARMOR SYSTEMS
          INTERNATIONAL, INC.

          By its attorneys,

          */s/ Anthony A. Scibelli*
          Anthony A. Scibelli (BBO #556507)
          SCIBELLI, WHITELEY AND
          STANGANELLI, LLP
          50 Federal Street, Fifth Floor
          Boston, Massachusetts 02110
          617-227-5725

Dated: December 21, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/21/05

*/s/ Anthony A. Scibelli*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
ARMOR SYSTEMS INTERNATIONAL, )
INC., )
                Plaintiff, )
)   Civil Action No. 05-10967-RCL
    v. )
)
FIRST CHOICE BODY ARMOR & )
EQUIPMENT, INC., )
)
                Defendant. )
)

## AFFIDAVIT OF STEVEN E. KLEIN

I, Steven E. Klein, do depose on oath and state as follows:

1.    I am Of Counsel to the law firm of Stoel Rives, LLP, 900 SW Fifth Avenue, Suite 2600, Portland, Oregon 97204, and counsel for plaintiff Armor Systems International, Inc. in the above-captioned action. The plaintiff has retained local counsel, Scibelli, Whiteley, and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, concurrently appearing in this action, to assist as necessary.

2.    I am currently a member of the Bar of the State of Oregon, the Bar of the State of New York and the Bar of the State of New Jersey (all active), and I am admitted to practice before all state and federal courts in Oregon, New York, and New Jersey, and in the Federal Circuit.

3.    I am a member in good standing of all Bars to which I have been admitted.

4. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 19th day of December, 2005.

Steven E. Klein

SUBSCRIBED AND SWORN to before me this 19th day of December, 2005.



OFFICIAL SEAL
CYNTHIA JOHNSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 394938
MY COMMISSION EXPIRES JULY 29, 2009

Notary Public for Oregon
My Commission Expires: 7-29-09

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 12/21/05