

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>  Plaintiff,<br><br>v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>  Defendant. | Civil Action No. 05-10967 RCL<br><br>JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL CONFERENCE |

Pursuant to Local Rule 40.3 the parties hereby move jointly for an extension of certain case deadlines. The extension <u>will not</u> effect the current trial date, which remains set for June 19, 2006 and seeks only a brief continuance of the Final Pretrial Conference date until the week of June 5, 2006. This is the first such request in this case.

1. **Certification**

Counsel for the parties have conferred and have agreed to jointly seek the relief set forth herein.

2. **Current Case Schedule**

On September 7, 2005 the Court held a scheduling conference with the parties. Based on the parties' Joint Statement Pursuant to Local Rule 16.1(D), the Court set the following deadlines:

- Fact discovery to close by December 31, 2005;

- Rule 26(a)(2) expert disclosures to be made by January 16, 2006 and rebuttals, if any, by February 15, 2006;

Page 1 -   JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL
              CONFERENCE

Given that the depositions of the principal witnesses for either side are unlikely to take place before the end of January or beginning of February 2006, an extension of the discovery deadlines to April or May is necessary to ensure the parties have the opportunity to take additional party and non-party discovery suggested by the testimony of the principal witnesses.

## CONCLUSION

The parties respectfully request that the Court grant their Joint Motion to Continue Discovery and Pretrial Conference.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel have conferred and agreed upon the subject of this motion.

DATED: December 29, 2005.

Respectfully submitted,

FIRST CHOICE BODY ARMOR
& EQUIPMENT, INC.
By its attorneys,

/s/ David O'Connor
David O'Connor (BBO #544166)
O'CONNOR & ASSOCIATES, LLC
100 State Street, Fourth Floor
Boston, MA 02109-2306
(617) 723-7201

Respectfully submitted,

ARMOR SYSTEMS INTERNATIONAL, INC.
By its attorneys,

/s/ Steven T. Lovett
Steven T. Lovett (OSB No. 91070)
Pro hac vice
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland OR 97204
(503) 224-3380

and

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND
STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston MA 02110
(617) 227-5725

Page 4 -   JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL
          CONFERENCE

Portlnd3-1536631.1 0060162-00003

- Expert discovery to close by March 3, 2006;

- Dispositive motions due by April 3, 2006;

- Final Pretrial Conference to be held on May 15, 2006 at 9 a.m., or on such other date and time the Court may at its convenience set; and

- Trial to commence June 19, 2006 at 9 a.m., or on such other date and time the Court may at its convenience set.

3. **Discovery Status**

The parties timely exchanged initial disclosures and began exchanging discovery requests shortly after they were first permitted to do so under the rules. In early September the parties started exchanging documents responsive to requests and providing responses to interrogatories and requests for admission. Since then, additional discovery has been sought and produced by both parties. By early December each party represented to the other that it believed all documents responsive to the other's requests had been produced.

The parties initially scheduled a first round of depositions for September. They were rescheduled for late October. Due to the fact that the parties were still searching for and producing documents in late October, the parties again reset the depositions, this time for the week of December 12, 2005.

A few days before the depositions of the two primary witnesses for each side were to take place beginning on December 12, plaintiff's witness had a serious flair-up of a medical condition that precludes him from flying due to greatly increased risk of stroke. The parties are working together to reschedule the depositions and have determined that the first date when both primary witnesses and lead counsel are available for deposition is at the end of January or beginning of February 2006.

Page 2 -   JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL
           CONFERENCE

Plaintiff took the deposition of non-party CSI Armoring Inc. on December 22, 2005 pursuant to subpoena.

4.  **Proposed Revised Case Schedule**

The parties propose the following revised case schedule extending discovery and dispositive motion deadlines approximately 90 days:

- Fact discovery to close by April 3, 2006;

- Rule 26(a)(2) expert disclosures to be made by April 3, 2006 and rebuttals, if any, by April 21, 2006;

- Expert discovery to close by May 12, 2006;

- Dispositive motions due by May 26, 2006;

- Final Pretrial Conference to be held during the week of June 5, 2006, or at such other date and time the Court may at its convenience set; and

Under the parties' proposed, revised schedule, trial remains scheduled to commence on June 19, 2005, at 9:00 a.m.

5.  **Good Cause for Request for Continuance**

As noted above, this is the parties' first request for a continuance of discovery and pretrial conference dates. The parties in this case have diligently pursued discovery. Each side has responded to Requests for Production, Requests for Admission and Interrogatories. Each side has represented that all responsive documents in its possession or control have been produced.

The parties have set deposition dates three times but for a variety of reasons have not yet taken any party depositions. The most recent attempt to take an initial round of party depositions was postponed due to illness of one of the principal witnesses in the case.

Page 3 -   JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL CONFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION TO CONTINUE DISCOVERY AND PRETRIAL CONFERENCE DATE** on the following named person on the date indicated below by

- ☑ mailing with postage prepaid
- ☐ hand delivery
- ☑ facsimile transmission
- ☐ overnight delivery
- ☐ Email
- ☐ notice of electronic filing using the Cm/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David M. O'Connor
John Leone
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA  02109

Attorney for Defendant First Choice Body Armor & Equipment, Inc.

DATED: December 29, 2005.

_____
ANTHONY A. SCIBELLI (BBO #556507)
Telephone: (617) 227-5725

Attorneys for Plaintiff Armor Systems International, Inc.

Page 1  -  CERTIFICATE OF SERVICE