UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>            Defendant. | Civil Action No. 05-10967 RCL<br><br>PLAINTIFF'S MOTION TO COMPEL |

Pursuant to Federal Rules of Civil Procedure 26(c) and 37 Plaintiff Armor Systems International, Inc. ("ASI") hereby moves for an order compelling defendant First Choice Body Armor & Equipment, Inc. to produce the following:

    1.    Unredacted versions of all Purchase Orders and bids previously produced by defendant in redacted form.

    2.    Documents sufficient to show defendant's revenues, profits and costs relating to the sale of each product that is the subject of any Kellogg Brown & Root project that defendant contends it would had won but for the actions of ASI.

Page 1 - PLAINTIFF'S MOTION TO COMPEL

3.  All email and other electronically stored information responsive to ASI's requests for production.

This Motion is supported by the Memorandum in Support of Plaintiff's Motion to Compel, the Declaration of Steven T. Lovett in Support of Plaintiff's Motion to Compel and the exhibits thereto, and the Statement of Moving Party re Pre-Trial Discovery Conference and Certificate of Compliance with Local Rule 37.1.

Plaintiff respectfully requests that the court order defendant to produce the materials requested.

## REQUEST FOR ORAL ARGUMENT

Plaintiff hereby requests oral argument on its Motion.

DATED: April 28, 2006.

Respectfully submitted,

ARMOR SYSTEMS INTERNATIONAL, INC.
By its attorneys,

_____
Steven T. Lovett (OSB No. 91070)
Pro hac vice
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland OR  97204
(503) 224-3380

and

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND
STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston MA  02110
(617) 227-5725

Page 2 - PLAINTIFF'S MOTION TO COMPEL

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PLAINTIFF'S MOTION TO COMPEL** on the following named person on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ Email
- ☐ notice of electronic filing using the Cm/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David M. O'Connor
John Leone
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA 02109

Attorney for Defendant First Choice Body Armor & Equipment, Inc.

DATED: April 28, 2006.

_____
STEVEN T. LOVETT, *Pro Hac Vice*
OSB No. 91070
Telephone: (503) 224-3380

Attorneys for Plaintiff Armor Systems International, Inc.

Page 1   -   CERTIFICATE OF SERVICE