UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>            Defendant. | Civil Action No. 05-10967 RCL<br><br>STATEMENT OF MOVING PARTY RE PRE-TRIAL DISCOVERY CONFERENCE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1 |

The undersigned counsel for Plaintiff Armor Systems International, Inc. ("ASI") has raised with opposing counsel each issue in ASI's Motion to Compel filed concurrently with this Certification. In addition to multiple telephone conferences, including lengthy conferences on February 17, 2006 and on March 21, 2006, one or more of those issues was covered in February 7, 16, 17, 27, and March 1 and 21, 2006 letters from ASI's counsel to counsel for Defendant First Choice Body Armor & Equipment, Inc. ("First Choice"). Despite these efforts, the parties were unable to resolve their differences on the issues that are the subject of ASI's motion to compel.

In addition, the undersigned counsel requested a discovery conference on the remaining issues on April 5, 2006 and opposing counsel has not responded to that request.

Page 1 - STATEMENT OF MOVING PARTY RE PRE-TRIAL DISCOVERY
       CONFERENCE AND CERTIFICATE OF COMPLIANCE WITH LOCAL
       RULE 37.1
Portlnd3-1548266.1 0060162-00003

DATED: April 28, 2006.

Respectfully submitted,

ARMOR SYSTEMS INTERNATIONAL, INC.
By its attorneys,

_____
Steven T. Lovett (OSB No. 91070)
*Pro hac vice*
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland OR 97204
(503) 224-3380

and

Anthony A. Scibelli (BBO #556507)
SCIBELLI, WHITELEY AND STANGANELLI, LLP
50 Federal Street, Fifth Floor
Boston MA 02110
(617) 227-5725

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STATEMENT OF MOVING PARTY RE PRE-TRIAL DISCOVERY CONFERENCE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1** on the following named person on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ Email
- ☐ notice of electronic filing using the Cm/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David M. O'Connor
John Leone
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA  02109

   Attorney for Defendant First Choice Body Armor & Equipment, Inc.

DATED: April 28, 2006.

_____
STEVEN T. LOVETT, *Pro Hac Vice*
OSB No. 91070
Telephone: (503) 224-3380

Attorneys for Plaintiff
   Armor Systems International, Inc.

Page 1  -  CERTIFICATE OF SERVICE

PortInd3-1548266.1 0060162-00003