```
          UNITED STATES DISTRICT COURT          FILED
             DISTRICT OF MASSACHUSETTS       CLERKS OFFICE

                                        CIVIL ACTION NO. 2006 MAY 19  P 3:09
                                        05-10967-RCL
                                                    U.S. DISTRICT COURT
                                         )          DISTRICT OF MASS.
ARMOR SYSTEMS                            )
INTERNATIONAL, INC.                      )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )
                                         )
FIRST CHOICE BODY ARMOR &                )
EQUIPMENT, INC.                          )
                                         )
          Defendant.                     )
                                         )
```

## SUPPLEMENTAL AUTOMATIC DISCLOSURE

First Choice Armor & Equipment, Inc. ("FCA") by and through its undersigned counsel, O'Connor & Associates, LLC, submits this Supplemental Automatic Disclosure pursuant to Rule 23(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A).

**A.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

   16. Hoytt Runnels – Former employee of Kellogg, Brown & Root, Inc.
       31415 Weston Village
       Spring, TX 77386

       U.S. Military/Parsons/CMC
       Camp Victory
       Baghdad, Iraq
       Phone: 1-256-217-2299

   Areas of discoverable information: condition of Ford Excursions delivered to Houston, Texas; rejection of vehicles by KBR and the reasons for rejection of vehicles; KBR

specifications for installation of armor on sixteen (16) 2005 Ford Excursions; KBR bidding procedures and policies; FCA bids to KBR prior to Ford Excursion Project; KBR rejection of FCA bids subsequent to Ford Excursion Project and reasons for rejection.

                                      FIRST CHOICE ARMOR &
                                      EQUIPMENT, INC.
                                      By its attorney,

                                      /s/ David M. O'Connor (JAC)
                                      David M. O'Connor
                                      BBO No. 544166
                                      O'CONNOR & ASSOCIATES, LLC
                                      100 State Street, 4th Floor
                                      Boston, MA 02109
                                      (617) 723-7201

DATED: May 18, 2006

### CERTIFICATE OF SERVICE

I, David M. O'Connor, hereby certify that a true copy of this document was served by prepaid First Class U.S. Mail upon all counsel of record on May 18, 2006.

                                      /s/ David M. O'Connor (JAC)
                                      David M. O'Connor