UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 05-10967 RCL<br><br>JOINT MOTION FOR STAY PENDING SETTLEMENT |

The parties hereby jointly move for an order staying all case deadlines pending final settlement and dismissal of this action.

The parties have reached a settlement in principle and are working on the settlement details. The parties anticipate completing settlement documentation in the next week or two.

As always, however, there is some small possibility that the settlement will fall apart and, should that occur, the parties will need additional time to file motions and otherwise complete matters in this case. For example, both parties intend to move for partial summary judgment. Currently, those motions must be submitted by Friday, May 26, 2006. It would be wasteful for the parties to spend time and money preparing those motions now with settlement pending just because there is a remote possibility that the settlement will somehow fall through.

Page 1   -   JOINT MOTION TO STAY PENDING SETTLEMENT

Therefore, the parties jointly ask the court to stay the action with the understanding that the remaining deadlines will be revisited if the settlement is not consummated.

DATED this 23rd day of May, 2006.

STOEL RIVES LLP

/s/ 

Steven T. Lovett (OSB No. 91070)
*Pro hac vice*
Stoel Rives LLP
900 SW Fifth Ave, Ste 2600
Portland, OR 97204
(503) 224-3380

Attorneys for Plaintiff Armor Systems International, Inc.

DATED this 23rd day of May, 2006.

O'CONNOR & ASSOCIATES, LLC

/s/

David M. O'Connor
O'Connor & Associates, LLC
100 State Street, Fourth Floor
Boston, MA 02109-2306
(617) 723-7201

Attorneys for Defendant First Choice Body Armor & Equipment, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION TO STAY PENDING SETTLEMENT** on the following named person on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ Email
- ☐ notice of electronic filing using the Cm/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David M. O'Connor
John A. Leone
O'Connor & Associates, LLC
100 State Street, 4th Floor
Boston, MA  02109

Attorney for Defendant First Choice Body Armor & Equipment, Inc.

DATED: May 23, 2006.

_____
STEVEN T. LOVETT, *Pro Hac Vice*
OSB No. 91070
Telephone: (503) 224-3380

Attorneys for Plaintiff
  Armor Systems International, Inc.

Page 1  -  CERTIFICATE OF SERVICE