UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARMOR SYSTEMS INTERNATIONAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CHOICE BODY ARMOR & EQUIPMENT, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 05-10967 RCL<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and 41(c) the parties hereby stipulate to dismissal with prejudice of the above action. The parties shall bear their own costs and fees. Each party expressly waives any right of appeal.

DATED this ____ day of June, 2006.

STOEL RIVES LLP

_____
Steven T. Lovett (OSB No. 91070)
*Pro hac vice*
Stoel Rives LLP
900 SW Fifth Ave, Ste 2600
Portland, OR 97204
(503) 224-3380

Attorneys for Plaintiff Armor Systems International, Inc.

DATED this 12th day of June, 2006.

O'CONNOR & ASSOCIATES, LLC

/s/ David M. O'Connor
_____
David M. O'Connor (BBO No. 544166)
O'Connor & Associates, LLC
100 State Street, Fourth Floor
Boston, MA 02109-2306
(617) 723-7201

Attorneys for Defendant First Choice Body Armor & Equipment, Inc.

Page 1  -  STIPULATION OF VOLUNTARY DISMISSAL